UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK S. RYAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DONALD J. TRUMP, et al.,<br><br>　　　　Defendants. | Case No. 20-cv-05948-VC<br><br>**ORDER RE MOTION FOR PRELIMINARY INJUNCTION**<br><br>Re: Dkt. No. 10 |

　　Ryan has filed a motion for a preliminary injunction, but he has not noticed a hearing as required by the Northern District's Civil Local Rules. According to Local Rule 7-2, a hearing must be noticed, and that hearing must take place no less than 35 days after the motion is filed. If Ryan needed relief more quickly than that, he should have filed an application for a temporary restraining order, not a preliminary injunction. Regardless, his motion for a preliminary injunction cannot be considered by the Court until he notices it for a hearing. Counsel for the plaintiff should be familiar with all the local rules before proceeding further.

　　**IT IS SO ORDERED.**

Dated: September 4, 2020

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　United States District Judge