UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICK S. RYAN,

               Plaintiff,

      v.

DONALD J. TRUMP, et al.,

               Defendants.

Case No. 20-cv-05948-VC

**ORDER TO RESPOND TO APPLICATION FOR TEMPORARY RESTRAINING ORDER**

Re: Dkt. No. 12

       The federal defendants are ordered to respond to the application for a temporary restraining order by Thursday, September 10, 2020 at 5:00 p.m. Any reply is due Saturday, September 12 at 5:00 p.m. A hearing is scheduled for Tuesday, September 15 at 9:00 a.m. If the Court determines that the matter can be decided without a hearing, it will notify the parties the day before.

       Ryan is ordered to serve defendants with this order no later than tomorrow, September 9, 2020. Ryan must file proof of service no later than 5:00 p.m. tomorrow.

       **IT IS SO ORDERED.**

Dated: September 8, 2020

VINCE CHHABRIA
United States District Judge