AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| Patrick S. Ryan | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:20-cv-05948-VGC |
| Donald J. Trump, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Curiae Electronic Frontier Foundation, Ryan Jackson, and Jynx.

Date: 09/10/2020

/s/ David Greene
*Attorney's signature*

David Greene (SBN 160107)
*Printed name and bar number*

Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
*Address*

davidg@eff.org
*E-mail address*

(415) 436-9333
*Telephone number*

(415) 436-9993
*FAX number*