1

2

3

4

DAVID GREENE (SBN 160107)
(davidg@eff.org)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

5

6

7

*Attorney for Amici Curiae*
*Electronic Frontier Foundation,*
*Ryan Jackson and Jynx*

8

9

10

11

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

12

13

14

15

16

17

18

19

20

21

22

| | |
|---|---|
| PATRICK S. RYAN,<br><br>                             Plaintiff,<br><br>        v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America,<br><br>          and<br><br>WILBUR L. ROSS, JR., in his official capacity as United States Secretary of Commerce,<br><br>                             Defendants. | Case No. 3:20-cv-05948 (VGC)<br><br>**NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE AMICUS BRIEF OF ELECTRONIC FRONTIER FOUNDATION, RYAN JACKSON, AND JYNX IN SUPPORT OF PLAINTIFF'S REQUEST FOR A TEMPORARY RESTRAINING ORDER**<br><br>Date:    September 15, 2020<br>Time:   9:00 a.m.<br><br>Complaint Filed: August 24, 2020 |

23

24

25

26

27

28

CASE NO. 3:30-CV-05948                    NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE AMICUS BRIEF

1

2

TO EACH PARTY AND ATTORNEYS OF RECORD IN THIS ACTION:

3

PLEASE TAKE NOTICE that Electronic Frontier Foundation, Ryan Jackson and Jynx

4

respectfully move this Court for leave to file a brief as *amici curiae* in support of Plaintiff's request

for a temporary restraining order.

5

**STATEMENT OF INTEREST**

6

7

*Amici curiae* are the Electronic Frontier Foundation (EFF) and TikTok users Ryan Jackson

and Jynx. All wish to address the First Amendment rights of freedom of speech and assembly.

8

9

Electronic Frontier Foundation (EFF) is a non-profit civil liberties organization with more

10

than 30,000 dues-paying members, bound together by a mutual and strong interest in helping the

courts ensure that such rights remain protected as technologies change, new digital platforms for

11

speech emerge and reach wide adoption, and the Internet continues to re-shape governments'

12

interactions with their citizens. EFF frequently files *amicus* briefs in courts across the country,

13

including, relevant here, a brief to the Supreme Court in *Packingham v. North Carolina*, 137 S. Ct.

14

1730 (2017).[1]

15

Ryan Jackson and Jynx are two prominent TikTok users that both have thousands of

16

followers. They both use TikTok to share their views on a range of political matters because the

17

TikTok platform allows them to reach more diverse users than they are able on other social media

18

platforms.

19

**ARGUMENT**

20

21

Amici are deeply concerned about Executive Order 13492, which has a direct and arguably

22

intentional effect on millions of people's First Amendment rights to communicate free of

government interference. Accordingly, this Court must closely scrutinize it. The U.S. Supreme

23

Court has recognized that the protections of the Bill of Rights often work in conjunction and must

24

be evaluated together. Applying that principle in this case, it is clear that the Executive Order's

25

26

27

28

---

[1] *See Amicus Curiae Brief of Electronic Frontier Foundation, Public Knowledge, and Center for Democracy & Technology in Support of Petitioner, Packingham v. State of North Carolina* (Sup. Ct. No. 15-1194), https://www.eff.org/files/2016/12/22/2016-12-22_-_packingham_v._nc_-_amicus_brief_of_eff_pk_and_cdt.pdf.

1    effect on the First Amendment rights of the community of TikTok users warrants a more thorough

2    and exacting review of the equal protection, due process and vagueness arguments raised by the

3    Plaintiffs.

4          All parties consent to the filing of this brief. The brief complies with this Court's standing

5    order and does not exceed 10 pages. Amici respectfully request that the Court grant the motion and

6    accept the attached brief.

7    DATED:  September 11, 2020                    Respectfully submitted,

8                                                 */s/ David Greene*

9                                                 DAVID GREENE (SBN 160107)
                                                  (davidg@eff.org)
10                                                ELECTRONIC FRONTIER FOUNDATION
                                                  815 Eddy Street
11                                                San Francisco, CA 94109
                                                  Telephone: (415) 436-9333
12                                                Facsimile: (415) 436-9993

13                                                *Attorney for Amici Curiae*
                                                  *Electronic Frontier Foundation,*
14                                                *Ryan Jackson and Jynx*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                            2

CASE NO. 3:20-CV-05948 (VGC)          NOTICE OF MOTION AND MOTION TO FILE AMICUS BRIEF OF ELECTRONIC
                                      FRONTIER FOUNDATION ET AL.