1  DAVID GREENE (SBN 160107)
   (davidg@eff.org)
2  ELECTRONIC FRONTIER FOUNDATION
   815 Eddy Street
3  San Francisco, CA 94109
   Telephone: (415) 436-9333
4  Facsimile: (415) 436-9993

5

6  *Attorney for Amici Curiae*
   *Electronic Frontier Foundation,*
   *Ryan Jackson and Jynx*
7

8

9  **UNITED STATES DISTRICT COURT**

10 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11 **SAN FRANCISCO DIVISION**

12

| | |
|---|---|
| PATRICK S. RYAN,<br><br>                         Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America,<br><br>and<br><br>WILBUR L. ROSS, JR., in his official capacity as United States Secretary of Commerce,<br><br>                         Defendants. | Case No. 3:20-cv-05948 (VGC)<br><br>**AMICI CURIAE ELECTRONIC FRONTIER FOUNDATION, RYAN JACKSON, AND JYNX'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT**<br><br>Date:   September 15, 2020<br>Time:   9:00 a.m.<br><br>Complaint Filed: August 24, 2020 |

1 | Amici Curiae Electronic Frontier Foundation, Ryan Jackson, and Jynx respectfully request that an order be granted to remove Docket No. 22 from the docket on the grounds that a non-final draft of the document was filed by mistake.

Upon discovering our error, this office immediately sent an email to the appropriate Docket Correction and access to Docket No. 22 has been temporarily blocked.

A corrected version [Docket No. 24] was filed with the Court on September 11, 2020.

We respectfully request that Docket No. 22 be permanently removed from the docket.

DATED: September 11, 2020

Respectfully submitted,

 */s/ David Greene*
DAVID GREENE (SBN 160107)
(davidg@eff.org)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

*Attorney for Amici Curiae
Electronic Frontier Foundation,
Ryan Jackson and Jynx*